UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHNONY NELSON CRUZADAO,

Plaintiff,

-against-

TODD BLANCHE, et al.,

Defendants.

1:26-CV-3554 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated and entered on July 17, 2026, and by civil judgment dated and entered on July 20, 2026, the Court dismissed this *pro se* action without prejudice because Plaintiff failed to file a completed and signed prisoner authorization or pay the fees to bring this action within 30 days, as previously ordered by the Court on May 8, 2026. (ECF 5, 6, 7.)

On July 20, 2026, the Court received from Plaintiff, who is incarcerated in a prison in Florida, a "motion for R[ul]e 17 I[']m [incompetent] and need a[n] Attorney in this matter ple[a]se represent me" (ECF 10), which the Court understands to be a motion requesting *pro bono* counsel to represent Plaintiff in this action. This motion appears to have been submitted to Plaintiff's prison's mail system for its delivery to the court before the date that this Court dismissed this action without prejudice.

The Court has dismissed this action for the abovementioned reason. Thus, because this action is closed, the relief that Plaintiff seeks in this motion is moot. Accordingly, the Court denies this motion. (ECF 10.) The Court therefore directs the Clerk of Court to terminate ECF 10.

The Court directs the Clerk of Court to mail a copy of this action's docket sheet to Plaintiff.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: July 30, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge